# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| FRANCISCO ALVAREZ | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-00453-PPS-JEM |
| QUANTA SERVICES, INC. d/b/a,<br>M.J. ELECTRIC, LLC | ) |
| Defendants. | ) |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Francisco Alvarez and Defendants Quanta Services, Inc., and M.J. Electric, LLC, incorrectly named as Quanta Services, Inc. d/b/a M.J. Electric, LLC (collectively the "Parties"), jointly stipulate to the dismissal *with prejudice* of all claims and causes of action in the above-styled case in their entirety. The Parties shall bear their own fees and costs.

Dated: February 3, 2021

| /s/ *Devlin Joseph Schoop* (by consent) | /s/ *John A. Drake (by consent)* |
|---|---|
| Devlin Joseph Schoop<br>The Cochran Firm Chicago<br>140 South Dearborn Street, Suite 1020<br>Chicago, Illinois 60603<br>Counsel for Plaintiff Francisco Alvarez<br>dschoop@cochranfirm.com | John A. Drake<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>111 Monument Circle, Suite 4600<br>Indianapolis, IN 46204<br>john.drake@ogletreedeakins.com |

Prepared and Filed By: Devlin J. Schoop
**The Cochran Firm Chicago**
140 South Dearborn, Suite 1020
Chicago, IL 60603
Phone: (312) 262-2880
Facsimile: (312) 262-2881
dschoop@cochranfirm.com

## **CERTIFICATE OF SERVIVCE**

The undersigned, an attorney, certifies that on February 3 2021, a copy of **Stipulation of Dismissal** was served by electronic mail, pursuant to agreement by the parties, upon the following counsel of record:

John A. Drake, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
john.drake@ogletreedeakins.com

        /s/ Devlin J. Schoop